IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOHN HANKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-141-Z-BR |
| | § | |
| JOHNNY CARTER, in his capacity as Wheeler County Sheriff, and WHEELER COUNTY, TEXAS, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On December 3, 2021, the United States Magistrate Judge entered a findings, conclusions and recommendation ("FCR") that Plaintiff's claims be dismissed without prejudice (ECF No. 10). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court **ORDERS** that the FCR of the Magistrate Judge is **ADOPTED**. Plaintiff's claims are dismissed **WITHOUT PREJUDICE**.

**SO ORDERED**.

January 6, 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE